IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:09 CV 000391-GBL-TCB |
| | ) | |
| **AC TECHNOLOGY, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING ARBITRATION

Pursuant to the Federal Arbitration Act, U.S.C., Title 9, Defendants AC Technology, Inc. ("AC Tech"), Earle D. Munns, Jr., ("Munns"), and Michael Andrew Byrd ("Byrd) file this Motion to dismiss without prejudice all of Plaintiff's claims or, in the alternative, to stay proceedings in this case pending arbitration. The justification for this Motion is set forth in the accompanying Memorandum in Support.

Respectfully submitted,

_____/s/_____
Roger A. Morrison, VSB # 00288
FARKAS + TOIKKA, LLP
1101 30th Street, NW
Washington, DC 20007
T: 202-337-7803, F: 202-337-7806
ram@farkastoikka.com
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of August, 2009, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

Paul M. Vincent, VSB# 08324
David A. Edelstein, VSB# 74854
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., Suite 500
Washington, DC 20005-3324
202-408-8400; Fax: 202-326-5260
Counsel for Plaintiff

                                                  _____/s/_____
                                         Roger A. Morrison, VSB # 00288
                                         FARKAS + TOIKKA, LLP
                                         1101 30th Street, NW
                                         Washington, DC 20007
                                         T: 202-337-7803, F: 202-337-7806
                                         ram@farkastoikka.com
                                         Counsel for Defendants